FILED

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0217

SUPREME COURT OF THE STATE OF MONTANA

DA 20-0217

_____

IN THE MATTER OF:

T.N.B., A.M.B, and S.M.B,                           O R D E R

    Youths in Need of Care.

_____

    Upon consideration of r Appellant's motion for extension to file the reply brief,

    IT IS ORDERED that the motion for extension is GRANTED. Appellant's reply brief is due December 11, 2020.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 23 2020